UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  08-21569-CIV-MORENO**

HOLSTON  INVESTMENTS  INC. B.V.I. and
ALBERT P. HERNANDEZ,

      Plaintiffs,

vs.

LANLOGISTICS, CORP.,

      Defendant.

_____/

## ORDER DENYING AS MOOT MOTION FOR SANCTIONS AND DENYING MOTION TO COMPEL WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Defendant's Motion for Sanctions **(D.E. No. 48)**, filed on **March 10, 2009** and Plaintiff's Motion to Compel **(D.E. 46)** filed on **March 4, 2009**.

THE COURT has considered the motion, the responses,  and the pertinent portions of the record, and being otherwise fully advised in open court, it is

**ADJUDGED** that the Defendant's Motion for Sanctions is DENIED as moot with the agreement of both parties that no representative will testify that Plaintiff Holston Investments, Inc., B.V.I., had the financial wherewithal to pay for the LanBox product at the time it was sold by Defendant to a third-party.  It is also

**ADJUDGED** that Plaintiff's Motion to Compel is DENIED without prejudice with leave to refile. Defendant has leave of Court to file under seal an unredacted 2007 tax return for an in camera inspection.  Defendant shall indicate what portions of the tax return it seeks to redact.

DONE AND ORDERED in Open Court in Miami, Florida, this ⁄ day of March, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record